## SECOND DEPARTMENT, MAY, 1926.

ELSIE BENNETT, Respondent, v. CARMELA FILOSO, Appellant.— Motion to dismiss appeal denied for failure to comply with rule 12.* Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HENRY L. BLOODGOOD, Appellant, v. EDITH WEBB, etc., and Another, Respondents.— Motion to dismiss appeal denied. Motion for leave to dispense with printing of the record denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CENTRAL UNION TRUST COMPANY OF NEW YORK, as Substituted and Sole Surviving Trustee, etc., Respondent, v. SARAH REMSEN BURNHAM and Others, Defendants. JANE REMSEN THOMPSON and Another, Appellants, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHELTEN TRUST COMPANY, Respondent, v. NATIONAL AUTOMATIC PRESS COMPANY, Defendant. ARTHUR B. JENNINGS and Another, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

STUART M. CLOSE, Respondent, v. S. E. & M. VERNON, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN EDWARD COLE, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOSEPH COLONEL, Respondent, v. JOSHUA DAVID KRAMER, Doing Business as the WESTERN CHAIR COMPANY, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALBERT GERSKE, Respondent, v. MILLIE SHACKFORD, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SOLOMON HELLER, Respondent, v. FRANK TURNER and Others, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

IDEAL BAKERS SUPPLY CO., INC., Respondent, v. HARRY SCHLOM and NATHAN DEUTSCH, Copartners, etc., Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Probate of the Last Will and Testament of HENRY C. HAND, Late of the Town of East Hampton, Deceased.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of HENRY C. JACKSON, as Administrator, etc., of ELIZABETH V. JACKSON, Deceased, for an Inquiry Respecting the Personal Property of Said Decedent.— Motion to resettle order affirming decree and order

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.